# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS LIZARRAGA,<br><br>    Petitioner,<br><br>    v.<br><br>STEPHEN SMITH, Acting Warden,[1]<br><br>    Respondent. | Case No. CV 23-5411 JWH (PVC)<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

---

[1] Stephen Smith, Acting Warden at Pelican Bay State Prison, where Petitioner is currently incarcerated, is substituted for his predecessor pursuant to Rule 25(d) of the Federal Rules of Civil Procedure

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all of the records and files herein, and the Magistrate Judge's Report and Recommendation. The time for filing Objections to the Report and Recommendation has passed and no Objections have been received. Accordingly, the Court hereby **ORDERS** as follows:

1. The findings, conclusions, and recommendations of the Magistrate Judge are **ACCEPTED** and **ADOPTED**.

2. The Petition is **DENIED**, and this action is **DISMISSED without prejudice**.

3. The Clerk is **DIRECTED** to serve copies of this Order and the Judgment herein on Petitioner at his current address of record.

**IT IS SO ORDERED.**

DATED: November 1, 2023

JOHN W. HOLCOMB
UNITED STATES DISTRICT JUDGE