JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS LIZARRAGA,<br><br>    Petitioner,<br><br>    v.<br><br>STEPHEN SMITH, Acting Warden,[1]<br><br>    Respondent. | Case No. CV 23-5411 JWH (PVC)<br><br>**JUDGMENT** |

---

[1] Stephen Smith, Acting Warden at Pelican Bay State Prison, where Petitioner is currently incarcerated, is substituted for his predecessor pursuant to Rule 25(d) of the Federal Rules of Civil Procedure

1 | Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the above-captioned action is **DISMISSED without prejudice**.

**IT IS SO ORDERED.**

Dated:  November 1, 2023

JOHN W. HOLCOMB
UNITED STATES DISTRICT JUDGE